IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| GARRY WESTERN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 2:16-cv-00010 |
| ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On February 20, 2018, the magistrate judge issued a Report and Recommendation (Docket No. 28), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Judgment on the Administrative Record (Docket No. 20) is GRANTED, the decision of the Commissioner is hereby REVERSED, and this case is REMANDED for further administrative proceedings consistent with this Opinion.

It is so **ORDERED.**

Enter this 8th day of March 2018.

_____
ALETA A. TRAUGER
U.S. District Judge