**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| GARRY WESTERN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.  2:16-cv-00010 |
| | ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On July 22, 2022, the Magistrate Judge issued a Report and Recommendation

(Docket No. 42), to which there is no objection (Doc. No. 43).  The Report and Recommendation

is therefore ACCEPTED and made the findings of fact and conclusions of law of this court.  For the

reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Attorney's Fees

(Doc. No. 35) is GRANTED IN PART AND DENIED IN PART.  The plaintiff is hereby awarded

an attorney's fee in the amount of $27,495.00.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge